IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3143 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| DANGELO M. ERVING, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

This matter came on for a plea hearing today.  Mr. Gillan and the defendant were present but Mr. Davis was absent.  His office advises me that he is out of state and cannot be reached.  Under the circumstances,

IT IS ORDERED that this matter is continued until 9:00 a.m. on September 28, 2009. Counsel are ordered to carefully confer about the terms and conditions of the plea agreement and petition, as I would like to avoid any further delays.

DATED this 28th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge