IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3143 |
| | ) | |
| V. | ) | |
| | ) | |
| DANGELO M. ERVING, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

At the request of the Probation Officer and without objection by counsel,

IT IS ORDERED that the petition for offender under supervision (filing no. 93) is dismissed without prejudice. The September 18, 2015 revocation hearing is canceled.

DATED this 15th day of September, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge