IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3143 |
| v. | ) | |
| DANGELO M. ERVING, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's unopposed motion to continue his November 17, 2016 hearing (filing no. 125) is granted. A specific hearing date will be set upon further advice from counsel. The defendant's revocation hearing shall be completed no later than January 5, 2017.

DATED this 14th day of November, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge